# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:09-M-1062-1

SHAWN DAVID COURTRIGHT

On April 19, 2010, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                           Respectfully submitted,

/s/ Kevin L. Connolley                           /s/ C. Lee Meeks, Jr.
Kevin L. Connolley                               C. Lee Meeks, Jr.
Supervising U.S. Probation Officer               U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of November, 2010.

Robert B. Jones, Jr.
U.S. Magistrate Judge